(109 So. 926)

Joe THAMES v. STATE.    (4 Div. 101.) (Court of Appeals of Alabama.  June 29, 1926. Rehearing Denied Aug. 31, 1926.)  Appeal from Circuit Court, Coffee County; W. L. Parks, Judge.  W. W. Sanders, of Elba, for appellant. Harwell G. Davis, Atty. Gen., and Chas. H. Brown, Asst. Atty. Gen., for the State.

SAMFORD, J.  Defendant was indicted and convicted of disturbing religious worship, and appeals.  The evidence for the state tends to prove the charge as laid in the indictment.  The policy of the law is to protect people gathered for religious worship from disturbances that interfere with the services.  We find no error in this record that would justify a reversal of this case.  Let the judgment be affirmed.  Affirmed.

(106 So. 925)

Will THOMAS v. STATE.    (4 Div. 144.) (Court of Appeals of Alabama.  Nov. 10, 1925.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge.  Distilling.

SAMFORD, J.  Appeal dismissed.

(106 So. 925)

James Henry THOMAS v. STATE.    (1 Div. 661.) (Court of Appeals of Alabama.  Nov. 24, 1925.)  Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

BRICKEN, P. J.  The trial in this case was held in the circuit court on November 5, 1925, resulting in the conviction of this appellant for the offense of burglary of a railroad car.  From the judgment of conviction he appealed.  Under the terms of section 3250, Code 1923, the defendant filed a motion in writing to dismiss his appeal.  The transcript has not been prepared. The motion of appellant to dismiss his appeal is granted.  Appeal dismissed.

(109 So. 927)

B. F. THOMAS v. STATE.    (7 Div. 222.) (Court of Appeals of Alabama.  June 1, 1926.) Appeal from Circuit Court, Calhoun County; R. B. Carr, Judge.  Second degree murder.

SAMFORD, J.  Appeal dismissed.

(106 So. 925)

Bud THOMPSON v. STATE.    (7 Div. 123.) (Court of Appeals of Alabama.  Jan. 19, 1926.) Appeal from Circuit Court, Talladega County; R. B. Carr, Judge.  Assault to murder.

SAMFORD, J.  Appeal dismissed.

(108 So. 926)

J. H. THOMPSON v. STATE.    (6 Div. 956.) (Court of Appeals of Alabama.  April 27,

1926.)  Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.  Distilling.

RICE, J.  Appeal dismissed.

(110 So. 926)

Claude THOMPSON v. STATE.    (4 Div. 217.)  (Court of Appeals of Alabama.  Nov. 9, 1926.)  Appeal from Circuit Court, Coffee County; W. L. Parks, Judge.  Abusive language.

RICE, J.  Appeal dismissed.

(106 So. 925)

Richard THORNTON v. STATE.    (5 Div. 553.)  (Court of Appeals of Alabama.  Nov. 24, 1925.)  Appeal from Circuit Court, Elmore County; George F. Smoot, Judge.  Violating prohibition law.

SAMFORD, J.  Appeal dismissed.

(106 So. 925)

Sam TILLMAN v. STATE.    (6 Div. 744.) (Court of Appeals of Alabama.  Dec. 8. 1925.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.  Violating prohibition law.

RICE, J.  Appeal dismissed.

(110 So. 926)

James H. TOLLISON v. STATE.    (4 Div. 257.)  (Court of Appeals of Alabama.  Dec. 14, 1926.)  Appeal from Circuit Court, Covington County; W. L. Parks, Judge.

BRICKEN, P. J.  Appeal dismissed on motion of appellant.

(110 So. 926)

Will TRAINER v. STATE.    (1 Div. 658.) (Court of Appeals of Alabama.  Nov. 16, 1926.) Appeal from Circuit Court, Mobile County; J. W. Goldsby, Judge.

BRICKEN, P. J.  From a judgment of conviction for distilling, etc., alcoholic or spirituous liquors, and, for the unlawful possession of a still to be used for that purpose, this appeal was taken.  The cause is here submitted upon the record proper.  This appears to be regular in all things, no error being apparent thereon.  The judgment of conviction in the circuit court, from which this appeal is taken, will stand affirmed. Affirmed.

(110 So. 926)

Arthur TRAVIS v. CITY OF TUSCALOOSA. (6 Div. 103.)  (Court of Appeals of Alabama. Dec. 7, 1926.)  Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

BRICKEN, P. J.  Affirmed.